**LAW OFFICE OF ANTHONY STRAZZA**
245 MAIN STREET, SUITE 410, WHITE PLAINS, NY, 10601
OFFICE: 914.428.3700 | FAX: 914.517.5912 | AS@STRAZZALAW.COM

November 21, 2022

**By ECF**
Hon. Andrew L. Carter, Jr.
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/28/22__

Re:   United States v. Jason Edwards
      22 Cr. 487 (ALC)

Dear Judge Carter:

     As the Court is aware, I represent the Defendant, Jason Edwards, in the above referenced matter. This matter is scheduled for a status conference on November 29, 2022. I am writing with the consent of the Government to respectfully request an adjournment of this proceeding, as the Defendant needs more time to review the discovery materials provided and to pursue a possible resolution. I am specifically requesting that this matter be adjourned to a date and time that is convenient for the Court during the weeks of either January 9, January 16, or January 23, 2023, *except* for January 10, 16, or 26. The defendant consents to the exclusion of time for this adjournment.

     The Court's time and attention to this request are very much appreciated.

*Respectfully submitted,*

-s-

Anthony Strazza, Esq.

cc.   All parties via ECF

The application is **GRANTED**. The status conference is adjourned to 1/12/23 at 12 p.m. Time excluded from 11/29/22 to 1/12/23 in the interest of justice. So Ordered.

*[Signature: Andrew L. Carter]* 11/28/22