UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

JASON EDWARDS,

              Defendant.

22 Crim. 487 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

      IT IS HEREBY ORDERED that counsel of record for the Defendant (*i.e.*, current counsel), the Defendant, the on-duty CJA attorney, and counsel for the Government shall appear on January 20, 2023, at **11:00 a.m.** in Courtroom 15A, 500 Pearl Street, New York, NY 10007. At the conference, the Court will hear Defendant's request for appointment of new counsel. The Court will also hear from the Government as to the procedural history of the case, the nature of the evidence it intends to offer at any trial, and the status of the production of discovery materials to the Defendant.

      SO ORDERED.

Dated: January 19, 2023
       New York, New York

*/s/ Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge