UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               -v.-<br><br>JASON EDWARDS,<br>                    Defendant. | 22 Crim. 487 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      WHEREAS, the Court granted Defendant's request for substitution of counsel at the parties' January 20, 2023 conference;

      WHEREAS, Defendant's substitute counsel requires time to review background materials and discovery from the Government and to confer with his client;

      WHEREAS, the Government requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, to and including January 27, 2023;

      WHEREAS, Defendant's counsel did not object to this request;

      IT IS HEREBY ORDERED that the time from January 20, 2023 through January 27, 2023 is hereby excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

      IT IS FURTHER ORDERED that, by 5:00 p.m. on January 25, 2023, counsel for Defendant and for the Government shall file a joint letter proposing a month in which trial in this action will proceed.

      IT IS FURTHER ORDERED that, at 11:30 a.m. on January 27, 2023, a scheduling conference will take place in Courtroom 15A, 500 Pearl Street, New York, NY 10007.  At the conference, a trial date will be chosen.  Thereafter, a schedule for motions will be set, and the propriety of any further exclusion of time under the Speedy Trial Act will be addressed.

SO ORDERED.

Dated: January 20, 2023
       New York, New York

_____
JENNIFER H. REARDEN
United States District Judge