UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-                                        22 Crim. 487 (JHR)

JASON EDWARDS,                              ORDER

                          Defendant.

JENNIFER H. REARDEN, District Judge:

WHEREAS, counsel for the Government and for the Defendant jointly propose March 24, 2023 as the deadline for any motions to be filed in this case, with oppositions due on April 21, 2023, and replies due on May 5, 2023;

WHEREAS, counsel for the Government and for the Defendant agree to a start date of July 25, 2023, for trial;

WHEREAS, the Government requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, to and including the trial date of July 25, 2023;

WHEREAS, Defendant's counsel did not object to this request;

IT IS HEREBY ORDERED that motions, if any, are to be filed by March 24, 2023, with oppositions due on April 21, 2023, and replies due on May 5, 2023;

IT IS FURTHER ORDERED that the trial date in this case is set for July 25, 2023, at a time and location to be set by the Court;

IT IS FURTHER ORDERED that the time from January 27, 2023 to the beginning of trial on July 25, 2023 is hereby excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), in order for counsel to prepare for trial and discuss potential disposition of this matter, and for the Court to decide any motions.

SO ORDERED.

Dated: January 27, 2023
      New York, New York

_____
JENNIFER H. REARDEN
United States District Judge