USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

JASON EDWARDS,

Defendant.

22 Crim. 487 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

IT IS HEREBY ORDERED that, at 2:30 P.M. on April 24, 2023, a status conference will

take place in Courtroom 12B, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: April 11, 2023
       New York, New York

JENNIFER H. REARDEN
United States District Judge