UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

               -v.-

JASON EDWARDS,

               Defendant.

22 Crim. 487 (JHR)

SCHEDULING ORDER

JENNIFER H. REARDEN, District Judge:

The Court has been informed that Defendant may wish to enter a change of plea. Accordingly, IT IS HEREBY ORDERED that, at **11:30 A.M. on April 20, 2023**, a conference shall take place in Courtroom 12B, 500 Pearl Street, New York, NY 10007. The status conference scheduled for 2:30 P.M. on April 24, 2023, is HEREBY ADJOURNED.

SO ORDERED.

Dated: April 17, 2023
       New York, New York

JENNIFER H. REARDEN
United States District Judge