USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v.-<br><br>JASON EDWARDS,<br><br>                    Defendant. | 22 Cr. 487 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    For the reasons stated on the record at the August 3, 2023 proceeding, Exhibit A to the Government's July 28, 2023 sentencing submission (ECF No. 39) shall be placed under seal.

    SO ORDERED.

Dated:  August 4, 2023
          New York, New York

                                                            JENNIFER H. REARDEN
                                                            United States District Judge