USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JASON EDWARDS,<br><br>      Defendant. | 22 Cr. 487 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  For the reasons stated on the record at the August 3, 2023 proceeding, Exhibit A to the Government's July 28, 2023 sentencing submission (ECF No. 39) shall be placed under seal. The Clerk of Court is directed to unseal the Government's sentencing submission at ECF No. 39.

  SO ORDERED.

Dated: August 7, 2023
    New York, New York

                        _____
                         JENNIFER H. REARDEN
                         United States District Judge