UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JASON EDWARDS,<br><br>                      Defendant. | 22 Cr. 00487 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

The Court has been notified by the Probation Department that Defendant Jason Edwards is eligible to move for a sentence reduction under Sentencing Guidelines Amendment 821. See ECF No. 48. Pursuant to the Standing Order of the Chief Judge of this District, the Court appoints Calvin H. Scholar, a member of the Court's Criminal Justice Act panel, to represent Defendant in connection with that motion.

The Court directs Mr. Scholar to make any motion for a sentence reduction by **September 30, 2024**. The Government's opposition is due by **October 21, 2024**.

The Clerk of Court is directed to mail a copy of this Order to Defendant at the following address:

    Jason Edwards (Register No. 79239-054)
    USP Hazelton
    U.S. Penitentiary
    P.O. Box 2000
    Bruceton Mills, WV 26525

Chambers will e-mail a copy of this Order to Mr. Scholar.

SO ORDERED.

Dated: August 30, 2024
       New York, New York

                                                           JENNIFER H. REARDEN
                                                           United States District Judge