UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>-v.-<br>JASON EDWARDS,<br>                    Defendant. | 22 Cr. 487 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

Before the Court is Defendant Jason Edwards's motion for a sentence reduction pursuant to Sentencing Guidelines Amendment 821. Prior to bringing his motion, Defendant filed a notice of appeal from his sentence. *See* No. 23-6945 (2d Cir. Aug. 18, 2023), at ECF No. 1-2 (Notice of Appeal specifying that "[t]his appeal concerns [Defendant's] Sentence"). Defendant's appeal remains pending in the Second Circuit.

"As a general matter, the filing of a notice of appeal 'confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal.'" *United States v. Jacques*, 6 F.4th 337, 342 (2d Cir. 2021) (emphasis omitted) (quoting *Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982)). "An appeal from a criminal judgment 'incorporates [*inter alia*] the adjudication of [the defendant's] sentence.'" *United States v. Afriyie*, No. 16 Cr. 377 (PAE), 2017 WL 6375781, at *3 (S.D.N.Y. Dec. 11, 2017) (quoting *United States v. Caltabiano*, 871 F.3d 210, 214-15 (2d Cir. 2017)).

By **September 5, 2025**, Defendant shall file a letter, with authorities, addressing why this Court should exercise jurisdiction over his motion for a sentence reduction while his appeal from his sentence is pending, apart from any authority for the proposition that the Court may issue an indicative ruling. By **September 22, 2025**, the Government shall file a response.

SO ORDERED.

Dated: August 19, 2025
       New York, New York

*/s/ Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge