

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

September 12, 2025

The Honorable Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:   *United States v. Jason Edwards*
      22 Cr. 487 (JHR)

Dear Judge Rearden:

     I was assigned to represent Jason Edwards in connection with a motion for a sentence reduction pursuant to Sentencing Guidelines Amendment 821. On August 19, 2025, the Court directed the defense to file a letter by September 5, 2025, addressing why the Court should exercise jurisdiction over his motion for a sentencing reduction while the defendant's appeal from his sentence is currently pending. I inadvertently deleted the ECF alert. I am writing respectfully to request that the Court permit the defense to file its letter on or before September 16, 2025. I have conferred with the Government, and the prosecution does not object to this request.

> Application GRANTED. Defendant's deadline to respond to the Court's August 19, 2025 Order, ECF No. 55, is extended *nunc pro tunc* to **September 16, 2025**. The Government's response shall now be due **October 3, 2025**.
>
> The Clerk of Court is directed to terminate ECF No. 56.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Dated: September 15, 2025

Respectfully submitted,

/s/ Calvin H. Scholar

cc:   AUSA Andrew Chan, via E-MAIL

1