UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v.-<br><br>JASON EDWARDS,<br><br>               Defendant. | 22 Cr. 487 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

      Having reviewed the parties' submissions at ECF Nos. 58 (Def. Ltr.) and 59 (Gov't Ltr.), *see* ECF No. 55, the Court "defer[s] consideration of [Defendant's] motion" for retroactive application of Amendment 821, *see* ECF No. 52, pending resolution of Defendant's appeal. Def. Ltr. at 3; *see* Gov't Ltr. at 2 (asking the Court to "either deny the defendant's sentencing reduction motion . . . or defer consideration of the motion until after the District Court's jurisdiction has been restored" (emphasis added)); *United States v. Davidson*, No. 15 Cr. 288 (RMB), 2021 WL 242548, at *1 (S.D.N.Y. Jan. 25, 2021) (citing Fed. R. Cr. P. 37(a)).

      SO ORDERED.

Dated: October 17, 2025
       New York, New York

                                                                           */s/ Jennifer H. Rearden*
                                                                          JENNIFER H. REARDEN
                                                                          United States District Judge